**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICENTE LOPEZ,

    Petitioner,

v.

FOULK, Warden,

    Respondent.
    _____/

No. C 14-1029 SI (pr)

**ORDER FOR FILING FEE**

In the order on initial review filed on May 27, 2014, the court ordered petitioner to pay the $5.00 filing fee no later than July 3, 2014. To date, petitioner has not paid the filing fee. The court will give petitioner one last chance on the filing fee. Petitioner must pay the $5.00 filing fee by **December 2, 2014**, or this action will be dismissed.

IT IS SO ORDERED.

DATED: November 10, 2014

                                                SUSAN ILLSTON
                                           United States District Judge