UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE LOPEZ, | No. C 14-1029 SI (pr) |
|     Petitioner, | **ORDER RE. FILING FEE** |
| v. | |
| FOULK, Warden, | |
|     Respondent. | |

When petitioner filed this action in March 5, 2014, the clerk sent him a copy of the *in forma pauperis* application and notified him that he needed to file an *in forma pauperis* application or pay the $5.00 filing fee. He did neither. In the order on initial review filed on May 27, 2014, the court ordered petitioner to pay the $5.00 filing fee no later than July 3, 2014. He did not do so. On November 14, 2014, the court gave him another chance and ordered him to pay the filing fee by December 2, 2014 or the action would be dismissed. He then filed an *in forma pauperis* application and a request for extension of time stating that his prison had been on lockdown since approximately November 20, 2014. He does not explain why he ignored the March 5, 2014 notice or the May 27, 2014 order to pay the fee. Petitioner's request for an extension of time is DENIED. Docket # 10. Plaintiff's application to proceed *in forma pauperis* is DENIED as untimely and because it shows that he has sufficient funds in his inmate trust account statement to pay the $5.00 filing fee.

Docket # 9.  This action will be dismissed on **January 20, 2015** if the $5.00 filing fee has not been received by that date.

    IT IS SO ORDERED.

DATED: December 12, 2014

_____
SUSAN ILLSTON
United States District Judge