UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE LOPEZ, | No. C 14-1029 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| FOULK, Warden, | |
| Respondent. | |

Respondent has filed an *ex parte* request for an extension of time to file his answer to the petition for writ of habeas corpus. Petitioner has filed an opposition to the request Having considered the request, the accompanying declaration of attorney Jill Thayer, and the opposition, the court GRANTS respondent's request. (Docket # 14.) Respondent must file and serve his response to the petition no later than **May 29, 2015**. Petitioner must file and serve his traverse no later than **June 26, 2015.**

IT IS SO ORDERED.

DATED: April 20, 2015

_____
SUSAN ILLSTON
United States District Judge