UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICENTE LOPEZ,

    Petitioner,

v.

FRED FOULK,

    Respondent.

Case No. 14-cv-01029-SI

**JUDGMENT**

Re: Dkt. No. 1

The petition for writ of habeas corpus is denied.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 20, 2015

_____
SUSAN ILLSTON
United States District Judge